### Abdul Wakil AMIRI, Appellant

v.

### SHERATON OPERATING CORPORATION, d/b/a Westin Embassy Row Hotel, Appellee.

### No. 05–7130.

United States Court of Appeals, District of Columbia Circuit.

June 30, 2006.

Abdul Wakil Amiri, Washington, DC, pro se.

Gregory Michael Petouvis, Hogan & Hartson, Washington, DC, Michael Gordon Starr, Hogan & Hartson, New York, NY, for Appellee.

Before: RANDOLPH, BROWN, and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered on August 22, 2005, granting appellee's motion for summary judgment, be affirmed. Appellant has not demonstrated that the proffered reasons for appellee's action were pretextual, or that a reasonable trier of fact could infer intentional discrimination based on the evidence. See *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802–05, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973); *Teneyck v. Omni Shoreham Hotel*, 365 F.3d 1139, 1151 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.